# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DARNELL WESLEY MOON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:15-CV-197 ACL |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This action arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The Court dismissed this action because plaintiff failed to allege that he exhausted his administrative remedies. The Court of Appeals for the Eighth Circuit reversed the dismissal and remanded for further proceedings. The court issued its mandate on July 29, 2016. As a result, the Court will direct the Clerk to reopen this action and serve process on defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to reopen this action.

**IT IS FURTHER ORDERED** that the Clerk shall serve process on defendant.

**IT IS FURTHER ORDERED** that plaintiff's motion for status of proceedings [ECF No. 13] is **moot**.

Dated this 6th day of July, 2016.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE