UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| DARNELL WESLEY MOON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:15-CV-197 ACL |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the government's motion to revoke plaintiff's in forma pauperis status. The government cites to plaintiff's abusive litigation history and to filings in his criminal action, *United States v. Moon*, No. 1:07-CR-133 RWS (E.D. Mo.), that indicate the information on his financial affidavit is false. As a result, plaintiff must show cause why his pauper status should not be revoked and why this action should not be dismissed as malicious.[1]

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must show cause, no later than fourteen (14) days from the date of this Order, why his pauper status should not be revoked and why this action should not be dismissed as malicious.

Dated this 15th day of August, 2016.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that plaintiff was recently denied in forma pauperis status in another case because he filed a false financial affidavit. *Moon v. Doerge*, 1:16-CV-208 ACL.